UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,   )
   )
     Plaintiff,   )
   )     CRIMINAL ACTION NO.
VS.   )
   )     3:07-CR-302(01)-G
TANYA LASHAWN BLAYLOCK,   )
   )     **ECF**
     Defendant.   )

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the court. Accordingly, the court accepts the

plea of guilty, and defendant is hereby adjudged guilty.  Sentence will be imposed in accordance with the court's scheduling order.

January 28, 2008.


_____
**A. JOE FISH**
**Senior United States District Judge**